1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD SECRETAN,                          1:08-cv-01059 OWW WMW (HC)

12              Petitioner,                      ORDER GRANTING APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                 (DOCUMENT #7)
14   WARDEN,

15              Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed an application to proceed in forma pauperis.  Examination of petitioner's

20   application reveals that petitioner is unable to afford the costs of this action.  Accordingly, the

21   motion to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:    November 3, 2008**          _____/s/  William M. Wunderlich_____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28